

United States District Court
Northern District of Ohio
801 West Superior Avenue
Cleveland, Ohio 44113

APR 1 6 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____DEPUTY CLERK

April 13, 2007

Eastern District of California
Office of the Clerk
4-200 Robert T. Matsui
United States Courthouse
501 I Street
Sacramento, CA 95814-7300

Re: **MDL . 1742 Ortho Evra Products Liability Litigation**

<u>Transfer of Civil Cases</u>                                              CAE#
**Dallmann v. Johnson & Johnson, et al**              2:07-310

Dear Sir/Madam:

      Enclosed is a certified copy of Conditional Transfer Order (CTO-36) of the Judicial Panel on Multidistrict Litigation directing the transfer of the above referenced civil action to the Northern District of Ohio pursuant to 28 U.S.C. Section 1407. The Honorable David A. Katz is to preside over this litigation.

      <u>**Once case has been closed in your District please e-mail the Northern District of Ohio Clerk's Office at the e-mail addresses listed below. We will retrieve documents electronically.**</u>

      Northern District of Ohio case numbers will be assigned upon receipt of records.

      Should you have any questions regarding this request, please call me at the number below.

Sincerely,

Geri M. Smith, Clerk

By _____
   Renee Schumitsh
   MDL Coordinator
   (216) 357-7017

   **Renee_Schumitsh@ohnd.uscourts.gov** and
   **Jenny_E_Smolinski@ohnd.uscourts.gov**

A CERTIFIED TRUE COPY

APR - 6 2007

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 21 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1742

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

*Mary Dallmann v. Johnson & Johnson, et al.*, E.D. California, C.A. No. 2:07-310
*Panuly Vangay v. Johnson & Johnson, et al.*, D. Colorado, C.A. No. 1:07-457
*Tonia Tracy v. Johnson & Johnson, et al.*, D. Colorado, C.A. No. 1:07-458
*Lillie Berryman v. Johnson & Johnson, et al.*, N.D. Texas, C.A. No. 3:07-377

### CONDITIONAL TRANSFER ORDER (CTO-36)

On March 1, 2006, the Panel transferred 12 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 422 F.Supp.2d 1379 (J.P.M.L. 2006). Since that time, 449 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable David A. Katz.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Katz.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of March 1, 2006, and, with the consent of that court, assigned to the Honorable David A. Katz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

APR - 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

[signature]
Jeffery N. Lüthi
Clerk of the Panel

I certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By: [signature]
Deputy Clerk